**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7401**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANGELICA MARIE NERIS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:18-cr-00074-MR-WCM-1)

Submitted:  June 30, 2023                                      Decided:  July 17, 2023

Before KING and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angelica Marie Neris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelica Marie Neris, a federal prisoner, appeals the district court's order denying her motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Neris*, No. 1:18-cr-00074-MR-WCM-1 (W.D.N.C. Nov. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*